UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

CHARLES A. WILLIAMS,
Institutional ID No. 04067663

       Plaintiff,

v.             No.  5:25-CV-00249-H-BV

MANAGEMENT & TRAINING
CORPORATION (MTC),  *et al.*,

       Defendants.

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation (FCR) that the Court deny the TCCO Defendants'[1] motion to dismiss, Dkt. No. 15, and instead quash Plaintiff's attempted service on the TCCO Defendants and give Plaintiff 30 days to properly serve them.  *See* Dkt. No. 22.  No objections were filed.

The District Court has reviewed the FCR for plain error.  Finding none, the Court accepts and adopts the findings, conclusions, and recommendation of the United States Magistrate Judge.  The Court denies without prejudice Defendant TCCO's motion to dismiss, Dkt. No. 15, and quashes Plaintiff's original attempted service on them.  Plaintiff shall have 30 days from the date of this order to properly service the TCCO Defendants or face dismissal of his claims against them.

So ordered.

Dated June **24**, 2026.

            _____

            JAMES WESLEY HENDRIX
            United States District Judge

---

[1] The TCCO Defendants include the Texas Civil Commitment Center, Kara Gougler, Farrah Shelton, and Chris Greenwalt.  *See* Dkt. No. 22 at 1, fn.1.